UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LEE BOUIE,

      Plaintiff,                        Case No. 25-cv-11224
                                        Honorable Linda V. Parker

v.

BANK OF AMERICA, N.A.

      Defendant.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff commenced this lawsuit against Defendant in a Michigan state court, and Defendant removed the action to federal court on April 29, 2025. (*See* ECF No. 1.) Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in response to Plaintiff's Complaint, which was fully briefed. (ECF Nos. 6-8.) Plaintiff also filed a motion for leave to file an amended complaint, to which Defendant responded. (ECF Nos. 13, 14.) The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

On January 22, 2026, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court grant Defendant's motion and deny Plaintiff's motion.  (ECF No. 15.)  At the conclusion of the R&R, Magistrate Judge Altman advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file a first amended complaint (ECF No. 13) is **DENIED**.

Date: March 3, 2026                s/LINDA V. PARKER
                                   UNITED STATES DISTRICT JUDGE