UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC LEE BOUIE,

       Plaintiff,                             Case No. 25-cv-11224
                                           Honorable Linda V. Parker

v.

BANK OF AMERICA, N.A.

       Defendant.
_____/

## **<u>JUDGMENT</u>**

Plaintiff commenced this lawsuit against Defendant in a Michigan state court, and Defendant removed the action to federal court on April 29, 2025. (*See* ECF No. 1.) Defendant thereafter filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), which this Court granted in an Opinion and Order entered on today's date.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** and this case is **CLOSED**.

Date: March 3, 2026                  s/LINDA V. PARKER
                                        UNITED STATES DISTRICT JUDGE